IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEANUTS WORLDWIDE LLC,<br><br>             Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>             Defendants. | Case No. 21-cv-04498<br><br>**Judge Joan B. Gottschall**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## CERTIFICATE OF SERVICE

I, Allyson Martin, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Peanuts Worldwide LLC ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I provided notice of Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order, including a Temporary Injunction, Temporary Asset Restraint, and Expedited Discovery ("Plaintiff's Motion") [11] to AliExpress, Alibaba, Inc., Ant Financial Services Group ("Ant Financial"), and Alibaba Group Holding Ltd. (collectively "AliExpress") on August 27, 2021, via e-mail to the in-house legal department individuals that handle processing for these types of orders for AliExpress. This method is consistent with how we were instructed by AliExpress to serve documents related to injunctions in hundreds of other similar cases. We also communicate with AliExpress on a nearly daily basis using this method.

3. I provided notice of Plaintiff's Motion [11] via e-mail to PayPal, Inc. ("PayPal") on August 27, 2021. This method is consistent with how we were instructed by PayPal to serve documents related to injunctions in hundreds of other similar cases. We also communicate with PayPal on a nearly daily basis using this method.

4. I provided notice of Plaintiff's Motion [11] through its registered agent and via e-mail to eBay, Inc. ("eBay") on August 27, 2021. This method is consistent with how we were instructed by eBay to serve documents related to injunctions in hundreds of other similar cases. We also communicate with eBay on a nearly daily basis using this method.

5. I provided notice of Plaintiff's Motion [11] through its registered agent and via e-mail on the law firm that handles processing for these types of orders for Amazon.com, Inc. ("Amazon") on August 27, 2021. This method is consistent with how we were instructed by Amazon to serve documents related to injunctions in hundreds of other similar cases. We also communicate with Amazon on a nearly daily basis using this method.

6. I provided notice of Plaintiff's Motion [11] via e-mail on the law firm that handles processing for these types of orders for ContextLogic Inc. d/b/a Wish.com ("Wish.com") on August 27, 2021. This method is consistent with how we were instructed by Wish.com to serve documents related to injunctions in hundreds of other similar cases. We also communicate with Wish.com on a nearly daily basis using this method.

7. I provided notice of Plaintiff's Motion [11] via e-mail to DHgate on August 27, 2021. This method is consistent with how we were instructed by DHgate to serve documents related to injunctions in hundreds of other similar cases. We also communicate with DHgate on a nearly daily basis using this method.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 27th day of August 2021 at Chicago, Illinois.

/s/ Allyson Martin/
Allyson Martin
*Counsel for Plaintiff Peanuts Worldwide LLC*
