UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Peanuts Worldwide LLC

                Plaintiff,

v.

Case No.: 1:21−cv−04498

Honorable Joan B. Gottschall

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 2, 2022:

      MINUTE entry before the Honorable Joan B. Gottschall: Enter order granting plaintiff's motion (No. [59]) for preliminary injunction and motion (No. [61]) for electronic service of process pursuant to Fed. R. Civ. P. 4(f)(3). Enter separate preliminary injunction order. In accordance with the preliminary injunction order, the clerk is directed to unseal Schedule A to the amended complaint (No. [44]) and all other presently sealed documents. The law firm of Greer, Burns & Crain, Ltd., is hereby ordered to add to the docket ALL defendant names listed in Schedule A to the amended complaint within three business days. Instructions can be found on the Court's website at www.ilnd.uscourts.gov/instructions. The next status report is due on or before 3/3/2022. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.