# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PEANUTS WORLDWIDE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 21-cv-04498<br><br>**Judge Joan B. Gottschall**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## PRELIMINARY INJUNCTION ORDER

THIS CAUSE being before the Court on Plaintiff Peanuts Worldwide LLC's ("Plaintiff") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (the "Seller Aliases").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars and, on information and belief, have sold products bearing unauthorized copies of Plaintiff's copyrighted designs (including U.S. Copyright Registration Nos. B 197-759, GP 59-162, and A

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

95-985) (the "Peanuts Copyrighted Designs") and/or using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "PEANUTS Trademarks") to residents of Illinois. A list of PEANUTS Trademarks is included in the below chart.

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 1,255,304 | PEANUTS | For: address books; books (including coloring books); datebooks; greeting cards; growth charts made of paper; invitations; memo pads; nametags made of paper; paintbrushes; paper napkins; pencils; pencil boxes and cases; place cards made of paper; playing cards; telephone list books; wrapping paper for gifts; writing paper and envelopes; and writing tablets in class 016. |
| 1,265,839 | PEANUTS | For: Christmas decorations and ornaments; dolls; playsets; puzzles in class 028. |
| 1,301,542 | PEANUTS | For: music boxes in class 015. |
| 1,729,501 | PEANUTS | For: clothing; namely, infant boys' and girls' creepers, leggings, shorts, jackets, tops, boys' tops, shorts, tank tops, fleece tops, pants, pajamas, jackets, shorts, and socks; girls' shorts, tops, creepers, jumpers, socks and hosiery in class 025. |
| 1,970,335 | PEANUTS | For: bed linen, namely bedspreads, blankets, comforters, pillowcases, pillow shams, and sheets in class 024. |
| 4,017,645 | PEANUTS | For: pre-recorded DVDs featuring animated characters; pre-recorded CDs featured animated character voices; films featuring animated characters; computer game programs, computer game software, video games, namely, video game software, video game cartridges and video game discs; downloadable television shows featuring animated characters in class 009.<br><br>For: continuing animated programs distributed over television, satellite, audio, video media, the internet and worldwide web in class 041. |
| 4,429,043 | PEANUTS | For: motion picture films featuring animated cartoons; downloadable motion pictures featuring animated cartoons; downloadable music in class 009. |
| 5,023,666 | PEANUTS | For: porcelain commemorative plates in class 021. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 5,392,411 | PEANUTS | For: bags, namely, purses, tote bags, backpacks, book bags, school bags, diaper bags, duffel bags, messenger bags, overnight bags, sling bags, luggage, luggage tags, travels bags and garment bags for travel, cosmetic bags sold empty, toiletry bags sold empty, cinch sacks in the nature of drawstring bags used as backpacks, wristlet bags, wallets, change purses, leather and imitation leather key chains, umbrellas; pet clothing; pet accessories, namely, leashes, collars in class 018. |
| 1,254,632 | SNOOPY | For: games and toys; ornaments and decorations for Christmas trees in class 028. |
| 1,256,819 | SNOOPY | For: jewelry, watches, and clocks in class 014. |
| 1,256,900 | SNOOPY | For: luggage and totebags in class 018. |
| 1,256,970 | SNOOPY | For: athletic jerseys, aprons, bibs, coats, footwear, gloves, hats, jackets, jogging suits, mittens, nightgowns, nightshirts, pajamas, t-shirts, tank tops, shorts, socks, sweatshirts, and underwear in class 025. |
| 1,267,166 | SNOOPY | For: picture frames in class 020. |
| 1,268,857 | SNOOPY | For: adhesive bandages in class 005. |
| 1,286,055 | SNOOPY | For: drinking glasses, glass mugs, ceramic mugs, decorative ceramic storage containers for miscellaneous items, and toothbrushes in class 021. |
| 1,300,520 | SNOOPY | For: books, writing paper and envelopes, paint brushes, playing cards, printed instructional and teaching materials, crayons, felt-tip markers, pencils, erasers, paper lunchbags, calendars, drawing paper and tablets, and memo pads in class 016. |
| 2,492,720 | SNOOPY | For: gummy candies in class 030. |
| 4,145,986 | SNOOPY | For: pre-recorded DVDs, pre-recorded CDs, motion picture films for television featuring animated characters; computer game programs; computer game software; video game programs; video game discs; and video game software in class 009. |
| 5,218,767 | SNOOPY | For: motion picture films featuring children's entertainment; downloadable motion pictures featuring children's entertainment in class 009. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 5,214,344 | CHARLIE BROWN | For: motion picture films featuring animated cartoons; downloadable motion pictures featuring animated cartoons; downloadable music, ringtones and electronic games via the internet and wireless devices in class 009. |

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a Temporary Restraining Order establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted. Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the PEANUTS Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use the PEANUTS Trademarks, and (3) Defendants' use of the PEANUTS Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the PEANUTS Trademarks irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary

4

Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

    a. using the PEANUTS Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Peanuts product or not authorized by Plaintiff to be sold in connection with the PEANUTS Trademarks;

    b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Peanuts Copyrighted Designs in any manner without the express authorization of Plaintiff;

    c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Peanuts product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the PEANUTS Trademarks and/or the Peanuts Copyrighted Designs;

    d. committing any acts calculated to cause consumers to believe that Defendants' Unauthorized Peanuts Products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    e.  further infringing the PEANUTS Trademarks and/or the Peanuts Copyrighted Designs and damaging Plaintiff's goodwill; and

    f.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the PEANUTS Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Peanuts Copyrighted Designs.

2.  Upon receipt of actual notice of this Order, the online marketplace platforms AliExpress, Alibaba, Inc., Ant Financial Services Group ("Ant Financial"), and Alibaba Group Holding Ltd. (collectively "AliExpress"), PayPal, Inc. ("PayPal"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers") shall, within ten (10) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a.  the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of the Third Party Providers.

3. Defendants shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

4. The Third Party Providers shall, within ten (10) business days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5. Plaintiff may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Amended Complaint, this Order and other relevant documents on a website and by sending an e-mail to the Defendants that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

6. Schedule A to the Complaint [2] and the Amended Complaint [44], Exhibit 4 to the Declaration of Carrie J. Dumont [15], and the TRO [48] are unsealed.

7. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

8. Any Third Party Providers with actual notice of this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules.

9. The $10,000 bond posted by Plaintiff shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

Dated: February 2, 2022

/s/
Joan B. Gottschall
United States District Judge

**Peanuts Worldwide LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 21-cv-04498**

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | airballsports.en.alibaba.com | Shanghai Funny Outdoor Products Co., Ltd. |
| 2 | aliexpress.com/store/3114067 | JIANGHU Store |
| 3 | aliexpress.com/store/3116070 | ALPHONSE Chinatown Store |
| 4 | aliexpress.com/store/4034058 | SinoWatch Store |
| 5 | aliexpress.com/store/4516073 | CullinanOffical Store |
| 6 | aliexpress.com/store/4591002 | volkrays Store |
| 7 | aliexpress.com/store/4684146 | Cheap with good value Store |
| 8 | aliexpress.com/store/5048137 | christmas tree Little Mouse Store |
| 9 | aliexpress.com/store/5188024 | Perphin Direct Store |
| 10 | aliexpress.com/store/5606496 | DISNEY official Store |
| 11 | aliexpress.com/store/5614216 | Children's toy 2 Store |
| 12 | aliexpress.com/store/910329266 | PHK Store |
| 13 | aliexpress.com/store/910736008 | qilei Store |
| 14 | aliexpress.com/store/911120220 | Shop911120220 Store |
| 15 | aliexpress.com/store/911124008 | Shop911124008 Store |
| 16 | aliexpress.com/store/911351034 | Ming xia toy Store |
| 17 | aliexpress.com/store/911386130 | Shop911386130 Store |
| 18 | aliexpress.com/store/911758231 | pika plush Store |
| 19 | aliexpress.com/store/911760031 | JW101 Store |
| 20 | aliexpress.com/store/911793778 | Good car shop Store |
| 21 | aliexpress.com/store/911826234 | Banru Store |
| 22 | aliexpress.com/store/912029119 | HONGCHANG Store |
| 23 | aliexpress.com/store/912145112 | bandstee Store |
| 24 | aliexpress.com/store/912159079 | fashionable costume 01 Store |
| 25 | aliexpress.com/store/912168289 | super-new Store |
| 26 | aliexpress.com/store/912173025 | Very good T-shirt uu Store |
| 27 | aliexpress.com/store/912217079 | Children's bag Store |
| 28 | aliexpress.com/store/912221082 | 100% cotton tshirts.... Store |
| 29 | aliexpress.com/store/912221137 | areyou808 Store |
| 30 | amazon.com/sp?seller=A104OHI7FF8GCW | xiaokongxx |
| 31 | amazon.com/sp?seller=A12OKCXYQDZBR2 | JOJOYO |

| | | |
|---|---|---|
| 32 | amazon.com/sp?seller=A13H0X2SQL2ZV3 | guangzhoumeizhenshangmaoyouxiangongsi |
| 33 | amazon.com/sp?seller=A1596TBDQHEC23 | tuolianmaoyi2 |
| 34 | amazon.com/sp?seller=A161N56BT0E1B7 | qiaozhan |
| 35 | amazon.com/sp?seller=A16EZLGZZ9HFA | xxiyumy |
| 36 | amazon.com/sp?seller=A18MUHYJRMM09I | yi's shop |
| 37 | amazon.com/sp?seller=A1CFYRDM7PXKJ1 | B-SHENG |
| 38 | amazon.com/sp?seller=A1EUS0CM8XBB56 | A1EUS0CM8XBB56 |
| 39 | amazon.com/sp?seller=A1JOR8PD32SI3H | TANXIAOFEI |
| 40 | amazon.com/sp?seller=A1JZABF71A50PM | Penax Henry |
| 41 | amazon.com/sp?seller=A1KEAUPTU5TUBQ | JDGSM |
| 42 | amazon.com/sp?seller=A1LA72DWSWC6H6 | TheBlueSky |
| 43 | amazon.com/sp?seller=A1MMTP954FF7ZB | qixianbinzhishangshangmaoyouxiangongsi |
| 44 | amazon.com/sp?seller=A1OOK2ECOBRWZR | SoGoo |
| 45 | amazon.com/sp?seller=A1RTVF0WPODLAB | DuoMay |
| 46 | amazon.com/sp?seller=A1SRPE62BLDGBI | Guangzhou Fulilai |
| 47 | amazon.com/sp?seller=A1US928TPCD1T2 | shaowushiqueqiebaihuodian |
| 48 | amazon.com/sp?seller=A1UTLWZCEGS1NQ | Josiya |
| 49 | amazon.com/sp?seller=A1V3GZM7XB6PFC | hefeimanggaishangmao |
| 50 | amazon.com/sp?seller=A1VM7XFNYNJ6ES | DrawClear |
| 51 | amazon.com/sp?seller=A1X37JN70EFY7Q | HEYFAIR |
| 52 | amazon.com/sp?seller=A1X9NAUPTMM6UU | NOVELTY GRAPHICS |
| 53 | amazon.com/sp?seller=A1XMPPUKTAHWC8 | DAYSTART |
| 54 | amazon.com/sp?seller=A1XYBCWAOG37FE | leizhaoxiashangmaoyouxiangongsi |
| 55 | amazon.com/sp?seller=A1Y1UH9B7ECWMS | RENSHIKUAN |
| 56 | amazon.com/sp?seller=A1YXQ36XG42JFI | STENO |
| 57 | amazon.com/sp?seller=A20FFZ4UC3GB2U | XMRBM |
| 58 | amazon.com/sp?seller=A210JQ45B38DWN | Agrrrey |
| 59 | amazon.com/sp?seller=A217DYAQQC88SA | Kimilly Shop |
| 60 | amazon.com/sp?seller=A220P1T4DQWIM8 | Xiaobaicai |
| 61 | amazon.com/sp?seller=A22PUC8C0USIB8 | Coni-monet |
| 62 | amazon.com/sp?seller=A22ZRZ3110FO8O | Henanjiujijianzhujixieshebeizulinyouxiangongsi |
| 63 | amazon.com/sp?seller=A24QHF5B8X8S6F | Aecsheen |
| 64 | amazon.com/sp?seller=A24UL92FF4ON8E | Blue Sky Musical Instrument Boutique |
| 65 | amazon.com/sp?seller=A2647KFEMIFOVE | Wang Baishi Integrity Trading |
| 66 | amazon.com/sp?seller=A2673VNATAZGPH | liubinwei8 |
| 67 | amazon.com/sp?seller=A28LRL34W8WQHK | cycliupairu3 |
| 68 | amazon.com/sp?seller=A2B4YTRLYCTMR8 | anubisishen |
| 69 | amazon.com/sp?seller=A2CM4D88OOCYEF | xialimaoyishanghang |

| | | |
|---|---|---|
| 70 | amazon.com/sp?seller=A2FL7DSLFWRHO5 | A2FL7DSLFWRHO5 |
| 71 | amazon.com/sp?seller=A2FSXA49W214P1 | LYMEETS |
| 72 | amazon.com/sp?seller=A2GFP0TGIC26ST | Andens |
| 73 | amazon.com/sp?seller=A2GJHJAY7PGLSI | Xiaoleishangpin |
| 74 | amazon.com/sp?seller=A2HWDIH9K6WKAM | shengyishangahang |
| 75 | amazon.com/sp?seller=A2IER0MBS8WMHS | linlinjlaju |
| 76 | amazon.com/sp?seller=A2LVGQVO4ASW9 | putianshihanjiangquyoujixiangzhenriyongpindian |
| 77 | amazon.com/sp?seller=A2NCTYV3MX7FYA | Wild for Life |
| 78 | amazon.com/sp?seller=A2SFFCL4E0DPA | HAOZHE521 |
| 79 | amazon.com/sp?seller=A2SOQVYL55GZF2 | HAXH IT |
| 80 | amazon.com/sp?seller=A2UGSSAPJAKJU0 | A2UGSSAPJAKJU0 |
| 81 | amazon.com/sp?seller=A2VU4TOSOEGMSG | WantYou |
| 82 | amazon.com/sp?seller=A2XFMI1B3P26OD | guangzhoushi tianhequpinshuishangmaoyouxiangongsi |
| 83 | amazon.com/sp?seller=A2Z35XPICMQ1K0 | auiyo |
| 84 | amazon.com/sp?seller=A337Z3BDN27MFV | xianyouyiranmaoyiyouxiangongsi |
| 85 | amazon.com/sp?seller=A35G3RU4UAMLE2 | A35G3RU4UAMLE2 |
| 86 | amazon.com/sp?seller=A3725GB759IBTV | wdasfvasdasd |
| 87 | amazon.com/sp?seller=A38I394OGQSWP | Trendy United Shop |
| 88 | amazon.com/sp?seller=A3AG9NYANR3TO3 | shenlishi |
| 89 | amazon.com/sp?seller=A3ANM6P9T5BJHT | nebfs |
| 90 | amazon.com/sp?seller=A3EC92RCF9TU1F | Sugazoon0512 |
| 91 | amazon.com/sp?seller=A3N5M59CS63CJK | wuhansuoliandianzishangwuyouxiangongsi |
| 92 | amazon.com/sp?seller=A3N6QKALU7FCUZ | Dylansdg |
| 93 | amazon.com/sp?seller=A3N6TYO01GKCOX | caolixia123 |
| 94 | amazon.com/sp?seller=A3NTZ31F4WXL73 | Flemingcjfa |
| 95 | amazon.com/sp?seller=A3Q0X5C4LBCAVY | fangaoiklats |
| 96 | amazon.com/sp?seller=A3RI6JWLZXUHPU | shixuxindewowo |
| 97 | amazon.com/sp?seller=A3TRZ7H7ZJV37R | A3TRZ7H7ZJV37R |
| 98 | amazon.com/sp?seller=A3ULZ91EYHPBLX | p eng tao |
| 99 | amazon.com/sp?seller=A3VOGQSV6AFYGM | sunkuigghk |
| 100 | amazon.com/sp?seller=A694RQ3XHQQGV | shanxirongbangkejiyouxiangongsi |
| 101 | amazon.com/sp?seller=A7M37227TD7KH | DMZZW |
| 102 | amazon.com/sp?seller=A81LEQ8JSCYQT | xingyaoshangmaoyouxiangongsi |
| 103 | amazon.com/sp?seller=ABDXLVVPMQ21F | GuangZhouFenLangMaoYiYouXianGongSi8 |
| 104 | amazon.com/sp?seller=ABHRZYVF3UC2V | CHUANGLI International |
| 105 | amazon.com/sp?seller=AC192K5APGNXD | Salvation For Your |
| 106 | amazon.com/sp?seller=ACPJRGRC4BWFA | linshuyingsk5445 |

| | | |
|---|---|---|
| 107 | amazon.com/sp?seller=ADDBX9ITJ9YSG | LIFTREN-tech |
| 108 | amazon.com/sp?seller=AF7J377XFYEEK | denglinwangluo |
| 109 | amazon.com/sp?seller=AJ9BMS3N9QUAB | Guorongbaihuo |
| 110 | amazon.com/sp?seller=AJEZ1BX4K4IQ4 | panyue123 |
| 111 | amazon.com/sp?seller=ANNMN9VQKV8CF | ToyGames-Mall |
| 112 | amazon.com/sp?seller=AO4WE9AIVTQWQ | XinXiaoSiBaiHuo |
| 113 | amazon.com/sp?seller=AO79N7JUHQYCZ | Doublestars.teck |
| 114 | amazon.com/sp?seller=APBZW10HOKW17 | hefeihuogandiaojumaoyiyouxiangongsi |
| 115 | amazon.com/sp?seller=AQPEUNCQYZZAM | chibiyousheng |
| 116 | amazon.com/sp?seller=ASDJBFRFFPROM | WangXiuyan45748 |
| 117 | amazon.com/sp?seller=AV3NHGVX06HGT | renrui tao |
| 118 | amazon.com/sp?seller=AWW25W3B4CRD0 | DFGHFED |
| 119 | amazon.com/sp?seller=AZ2M2U169NYR6 | Regina Fear |
| 120 | amazon.com/sp?seller=AZFAW9TNCZ5Q7 | chuangwenriyongbaihuo |
| 121 | brotherinflatable.en.alibaba.com | Dongguan Brother Balloon Co., Ltd. |
| 122 | dhgate.com/store/19781105 | Dajidali888888 |
| 123 | dhgate.com/store/20066102 | Goodlong |
| 124 | dhgate.com/store/20077104 | fashion Jewelry |
| 125 | dhgate.com/store/20295190 | Topbag888 |
| 126 | dhgate.com/store/20892712 | jiajiachen |
| 127 | dhgate.com/store/20940721 | caffe007 |
| 128 | dhgate.com/store/20989519 | Azalea180306 |
| 129 | dhgate.com/store/21048048 | Yang20170809 |
| 130 | dhgate.com/store/21106073 | luckingming88 |
| 131 | dhgate.com/store/21133541 | wangyunqing666 |
| 132 | dhgate.com/store/21552880 | phonecase0519 |
| 133 | dhgate.com/store/21556066 | Louisphonecase |
| 134 | dhgate.com/store/21592143 | Andyhoodys |
| 135 | dhgate.com/store/21599932 | Immaculat |
| 136 | dhgate.com/store/21606891 | Masksforsale |
| 137 | dhgate.com/store/21625561 | Xiandhgatei |
| 138 | dhgate.com/store/21627354 | Onetwotoys |
| 139 | dhgate.com/store/21629439 | Footballys |
| 140 | dhgate.com/store/21629685 | goodyunsha |
| 141 | dhgate.com/store/21630970 | Customonline |
| 142 | dhgate.com/store/21640340 | trading8888 |
| 143 | dhgate.com/store/21640831 | Famous grocery store |
| 144 | dhgate.com/store/21641891 | Weisdhgates |
| 145 | dhgate.com/store/21643938 | Tongcloths |
| 146 | dhgate.com/store/21646664 | topgoodsonsale |

| | | |
|---|---|---|
| 147 | dhgate.com/store/21648096 | gfthe2belt7fashion |
| 148 | dhgate.com/store/21653060 | Cyc8090 |
| 149 | dhgate.com/store/21659530 | Bifende001 |
| 150 | dhgate.com/store/21664644 | Babyfacecloth |
| 151 | dhgate.com/store/21671547 | Topsellerboss |
| 152 | dhgate.com/store/21676470 | dongzhiguangzhineng |
| 153 | dhgate.com/store/21693736 | Diysneakerb |
| 154 | eurolite-led.en.alibaba.com | Ningbo Eurolite Co., Ltd. |
| 155 | juxilai.en.alibaba.com | Shenzhen Juxilai Garment Co., Ltd. |
| 156 | momicreation.en.alibaba.com/ | Shenzhen Momi Gongchuang Technology Co., Ltd. |
| 157 | wish.com/merchant/57a34044c41acc65a90a5aff | 2016christmas |
| 158 | wish.com/merchant/594282bee23d9656e50efdb6 | wangxin007 |
| 159 | wish.com/merchant/5a1ac8dec2d15e7746d3fd9d | ChuanTuo |
| 160 | wish.com/merchant/5a266822471c14792a2d7145 | xiaojiewozhaoni |
| 161 | wish.com/merchant/5a9ca99981260b74c42d96a6 | specialshop1 |
| 162 | wish.com/merchant/5ac5dba92dde5e1e94d9a332 | yanshuai |
| 163 | wish.com/merchant/5d48de6bead1945e69665f3e | suilinyun |
| 164 | wish.com/merchant/5d8db97fc69da2321757f56c | aefsrg |
| 165 | wish.com/merchant/5e02139e97e4d408c14b8eed | wuzangqiuteng |
| 166 | wish.com/merchant/5e6713f325de03338024ace6 | xhangehiju |
| 167 | wish.com/merchant/5e692e852fb13fe1340a92ed | ANLYCHEU |
| 168 | wish.com/merchant/5e69405f18426d69c0bacb98 | JHAN HANG |
| 169 | wish.com/merchant/5e69450d5c6818eea9cfad6a | CHAN NINTA |
| 170 | wish.com/merchant/5e6cf0626bab209f8bb64dec | ShipaijiezongnIh |
| 171 | wish.com/merchant/5e71cf37f2bef612abbd3a47 | luhuan99 |
| 172 | wish.com/merchant/5e86af63990f9bd30ba41541 | Moises Herrera |

13

| | | |
|---|---|---|
| 173 | wish.com/merchant/5e881bdc29e7865b4020b909 | Maizai Underclothes |
| 174 | wish.com/merchant/5e995f0dd1b1ae6bbb2b2703 | arzaurrlno |
| 175 | wish.com/merchant/5f5f06c284c6fbec4223b781 | Haochengyun |
| 176 | wish.com/merchant/5f880fe46405657c28dec4e8 | wangjun Store me |
| 177 | wish.com/merchant/5f8beacd19a61a7f36f6c236 | liuli911922933 |
| 178 | wish.com/merchant/5fab7fc147e4ee003c161f64 | liqingmei44175248655 |
| 179 | wish.com/merchant/5fbf85d3007238c1231f5381 | Sansunying |
| 180 | wish.com/merchant/5fc9c4275f618f343ca01e9b | qituo454684 |
| 181 | wish.com/merchant/6006959ff2af0d88847c6b1e | jianghuajiang2584 |
| 182 | wish.com/merchant/604aebe738615d3da202b8bd | lilixiang10085 |
| 183 | wish.com/merchant/604aee84d1658440058b6ee9 | wuyanqi80312 |
| 184 | wish.com/merchant/60827f8b4c1ecc663aa72af7 | NOOdlesd |