# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Peanuts Worldwide LLC

                    Plaintiff,

v.

Case No.: 1:21−cv−04498

Honorable Joan B. Gottschall

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 22, 2022:

MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's motion [85] for leave to file their amended schedule [86] of defendants is granted. The clerk is directed to update the docket to reflect the dismissal of the following defendants: CHUANGLI International, Louisphonecase, and Customonline. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.